Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

✓ Civil_ Division

Darlene Cortez
5752 Marshall Street
Philadelphia, PA 19120

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-
see attached sheet
Fahda bint Falah bin Sultan Al Hithalayn
Black Stone Financial Group
840 First St., NE, Washington, DC 20001 et al

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 1:19-cv-01642   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/3/2019
Description: Pro Se Gen. Civ (F-DECK)

Jury Trial: *(check one)*  ✓ Yes  ☐ No

RECEIVED Mail Room  JUN - 3 2019

RECEIVED Mail Room  VOID

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Darlene Cortez |
| Street Address | 5752 Marshall Street |
| City and County | Philadelphia, PA |
| State and Zip Code | Philadelphia, PA 19120 |
| Telephone Number | |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Fahda bint Falah bin Sultan Al Hithalayn |
| Job or Title *(if known)* | Black Stone Financial Group |
| Street Address | 840 First Street, NE |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Louwa AlFaisal |
| Job or Title *(if known)* | Black Stone Finacial Group |
| Street Address | 840 First Street, NE |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Louloua AlSabah |
| Job or Title *(if known)* | Black Stone Financial Group |
| Street Address | 840 First Street, NE |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Sara Almalik |
| Job or Title *(if known)* | Black Stone Financial Group |
| Street Address | 840 First Street, NE |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

*[Handwritten at bottom of page:]*

Defendant 5
Name
Job
Address
City + County
State + Zip

Cassidy Sova
Investor - Blackstone Financial Group
840 First ST, NE
Washington, DC
20001  Washington, DC

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 6
  Name: Marypat Wright
  Job or Title (if known): Blackstone Financial Group
  Street Address: 840 First St NE, Washington, D.C.
  City and County: District of Columiba
  State and Zip Code: Washington, D.C.
  Telephone Number:
  E-mail Address (if known):

Defendant No. 7
  Name: Blackstone Financial Group
  Job or Title (if known):
  Street Address: 840 First St NE, Washington, D.C.
  City and County: Washington, D.C.
  State and Zip Code: Washington, D.C. 20001
  Telephone Number:
  E-mail Address (if known):

Defendant No. 8
  Name: Louwa AlFaisal
  Job or Title (if known): Blackstone Financial Group
  Street Address: 840 First St. NE, Washington, D.C.
  City and County: Washington, D.C.
  State and Zip Code: Washington, D.C. 20001
  Telephone Number:
  E-mail Address (if known):

Defendant No. 9
  Name: Louloua AlSabah
  Job or Title (if known): Blackstone Financial Group
  Street Address: 840 First St NE, Washington, D.C.
  City and County: Washington, D.C.
  State and Zip Code: Washington, D.C. 20001
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 10
- Name: Sen Rick Scott
- Job or Title (if known): US Senator
- Street Address: US Capital Senate Building
- City and County: Washington, DC
- State and Zip Code: Washington, DC
- Telephone Number:
- E-mail Address (if known):

Defendant No. 11
- Name: Jane Scott
- Job or Title (if known): Black Stone Financial Group, Investor
- Street Address: 840 First St, NE,
- City and County: Washington, DC 20002
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 12
- Name: Maria Shrive
- Job or Title (if known): Black Stone Financial Group, Investor
- Street Address: 840 First St., NE
- City and County: Washington, DC 20002
- State and Zip Code: Washington, DC 20002
- Telephone Number:
- E-mail Address (if known):

Defendant No. 13
- Name: Patrick Kennedy
- Job or Title (if known): Black Stone Financial Group
- Street Address: 840 First St. NE
- City and County: Washington, DC 20002
- State and Zip Code: Washington, DC 20002
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 4
- Name: The Carlyle Group
- Job or Title (if known):
- Street Address: 1001 Pennsylvania Ave, NW
- City and County: Washington
- State and Zip Code: District of Columbia 20004
- Telephone Number:
- E-mail Address (if known):

Defendant No. 5
- Name: Citibank
- Job or Title (if known):
- Street Address: 701 E. 60th St. North Mail Code 1251
- City and County: Sioux Falls, S.D 57117
- State and Zip Code: South Dakota 57117
- Telephone Number:
- E-mail Address (if known):

Defendant No. 6
- Name: Marriott Hotel group
- Job or Title (if known): Marriott Hdqr national
- Street Address: 10400 Fernwood Rd.
- City and County: Bethesda, MD 20817
- State and Zip Code: Maryland 20817
- Telephone Number:
- E-mail Address (if known):

Defendant No. 7
- Name: Vanguard
- Job or Title (if known): Vanguard
- Street Address: 100 Vanguard Blvd, v26
- City and County: Malvern, PA 19355
- State and Zip Code: Malvern, PA 19355
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question           ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Darlene Cortez, is a citizen of the State of *(name)* Pennsylvania.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Fahda bint Falah bin Sultan Al Hithalayn, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* Saudi Arabia.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____;

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

✶ FINANCIAL RESTITUTION : MORE THAN ONE BILLION DOLLARS, AND ALL REAL ESTATE, GOLD MINES, DIAMOND MINES, MINERAL MINES, FASHION HOUSE, INTERNATIONAL TRADE, SCHOOL PROJECTS, ISLANDS, CASTLES, HOTELS, RESORTS, TEAK PROJECTS,  SALE AND INTERNATIONAL TRADE OF PERFUME, SKIN CARE, CLOTHING, SHOES, HANDBAGS, BEDDING, JEWELRY, ACCESSORIES, OIL, SHALE OIL, GAS,

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

PLAINTIFF HAS CHILDREN WITH CP MOHAMMED BIN SALMAN BIN ABDULAZZIZ ALSAUD, AND WITH CP ALWALEED BIN TALAL BIN ABDUL AZZIZ ALSAUD, AND WITH PRINCE FARES MANSOUR ALMALIK. MARYPAT WRIGHT CONSPIRED WITH OTHERS,  BLOCKED ALL PLAINTIFF'S COMMUNICATIONS, HAD SEX FOR MONEY WITH  EACH FATHER, STOLE THE PLAINTIFF'S BORN AND UNBORN CHILDREN, HID PLAINTIFF'S CHILDREN  FROM THE PLAINTIFF. DEFENDANT STOLE ALL OF THE BUSINESSES AND WEALTH THE PLAINTIFF·CREATED FOR HERSELF AND FOR HER CHILDREN. DEFENDANT STOLE ALL OF THE WEALTH AND BUSINESSES EACH FATHER HAD FOR HIS CHILDREN WITH PLAINTIFF DARLENE CORTEZ. DEFENDANT KEPT THE PLAINTIFF'S BORN AND UNBORN CHILDREN HIDDEN AND

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

PLAINTIFF SEEKS RESTORATION OF HER BORN AND UNBORN CHILDREN. DEFENDANT STOLE THE PLAINT PLAINTIFF SEEKS RESOTRATION OF ALL OF HER COMPANIES, PROJECTS, CHARITIES, WORK AND WEALTH THE PLAINTIFF CREATED AND BROUGHT TO SUCCESS AND FRUITION. ALL OF THE PLAINTIFF'S WORK AND WEALTH SHE CREATED WERE STOLEN BY THE DEFENDANT MARYPAT WRIGHT. PLAINTIFF SEEKS FINANCIAL RESTITUTION OF TWO TEAK PROJECTS AT ONE BILLION DOLLARS EACH; ONE GOLDMINE IN GHANA AT ONE BILLION DOLLARS; INTERNATIONAL TRADE FOR 19 YEARS AT TEN BILLION DOLLARS · REAL ESTATE AT THREE BILLION DOLLARS; MINING AND ENERGY

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendants stole all of my work, my companies, charities, trade, mines, school projects, manuscripts, real estate, castles, land, diamond mines, gold mines, oil, gas, development projects, fashion house, perfume, skincare, clothing line, shoes, jewelry, accessories, bedding, copyrights, trademarks, online sales, + more. Each project was worth a billion dollars. They stole Billions of dollars from me.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *March 18, 2019  May 31, 2019*

Signature of Plaintiff: *Darlene A. Cortz*

Printed Name of Plaintiff: *Darlene A. Cortz*

**B.   For Attorneys**

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIRCUIT COURT

333 CONSTITUTION AVENUE, WASHINGTON, D.C. 20001

PLAINTIFF REQUESTS JURY TRIAL

CIVIL CASE NUMBER:

CIVIL COMPLAINT

VENUE: CIRCUIT COURT IN WASHINGTON D.C. IS THE VENUE AS CRIMES AND TORTS COMMITTED AGAINST THE PLAINTIFF BY THE DEFENDANTS OCCURRED IN WASHINGTON, D.C. *They used DC as their base of corruption against the Plaintiff.* THE DEFENDANTS BLOCKED AND CONTROLLED ALL OF THE PLAINTIFF'S COMMUNICATIONS, VIOLATING HER CIVIL RIGHTS, AND VIOLATING THE DEFENDANTS FIRST AMENDMENT RIGHTS TO FREE SPEECH. THE DEFENDANTS BLOCKED AND CONTROLLED AND HARRASSED AND STALKED THE PLAINTIFF AND HER COMMUNICAITONS CONTINUALLY, AND STEALING BLLIONS OF DOLLARS IN WEALTH FROM THE PLAINTIFF, WHICH SHE CREATED FOR HERSELF AND FOR HER CHILDREN AND FAMILY, VIA HER COMPANIES, NATUREAL BEAUTY, GLOBAL POSERTITY EDUCATION, AND JULIE'S KITCHEN A CHARITABLE FOUNDATION.

FACTS: PLAINTIFF HAS CHILDREN WITH CROWN PRINCE MOHAMMED BIN SALMAN BIN ABDULAZZIZ ALSAUD, AND WITH CROWN PRINCE ALWALEED BIN TALAL BIN ABDULAZZIZ ALSAUD, AND WITH PRINCE FARES MANSOUR ALMALIK (ALSAUD), *all her children are stolen.*

ALL OF THE PLAINTIFF'S AMERICAN-ARAB ROYAL CHILDREN ARE STOLEN FROM THE PLAINTIFF, THE REAL MOTHER OF HER CHILDREN, AND ALL OF UNBORN CHILDREN, HER EMBRYOS, FERTILYZED AND UNFERTILYZED EGGS, ARE STOLEN FROM HER BY LOUWA ALFAISAL, LOULOUA ALSABAH, FADA ALFALA , SARA ALMALIK, AND DEFENDANTS, AS THEY STOLE THE CHILDREN, BORN AND UNBORN, FOR HUGE FINANCIAL WEALTH, ECONIMIC GAINS, AND POLITICAL POWER, AND POLITICAL WEALTH. THE PLAINTIFF SEEKS RESTORATION OF HER CHILDREN.

DEFENDANTS STOLE THE PLAINTIFF'S BORN AND UNBORN CHILDREN, AND USED THEM AS PAWNS, AS THEY STOLE ALL OF THE BILLIONS OF DOLLARS IN WEALTH OF PROJECTS, THE PLAINTIFF CREATED FOR HERSELF, AND FOR HER COMPANIES, AND FOR HER CHILDREN AND FAMILY.

DEFENDANTS SPIED ON THE PLAINTIFF CONSTINUALLY USING HIGH POWER SURVALLENCE, AND WITH FISA WIRETAPS GOTTEN BY POLICE, FBI, INTERPOL, LEGALLY, FOR ILLEGAL USE, TO SURVAIL AND HURASS THE PLAINTIIFF, AS THEY USED THE SURVALIENCE AND WIRE TAPS TO BLOCK AND CONTROL THE PLAINTIFF COMMUNICATIONS ON HER PHONE, TV, RADIO, FAX, INTERNET, DELIVERED MAIL, AS THEY BLOCKED AND CONTROLLED ALL FORMS OF COMMUNCATIONS TO THE PLAINTIFF, AS THEY ISOLOATED HER, AND BLOCKED AND CONTROLLED ALL OF HER COMMUNCATIONS.

Plaintiff Darlene Cortez designed and brought to fruition a ten mile teak, school, and forestry project in Ghana.

Plaintiff Darlene Cortez had partners in Ghana, and persons and organizations, in the US, such as Peter Pryce, and USAID, and UN officials whom she met with for more information.

Plaintiff Darlene Cortez created a fashion house consisting of luxury couture perfume, oils, skin care, clothing line, bedding line, shoes, handbags, jewelry and accessories.

The Plaintiff was offered a goldmine deal in Ghana, and she worked to make this project possible. The Plaintiff was planning to trade and sell the products of her fashion house, to pay for the opening of a goldmine in Ghana, and to pay for the building of a school in Ghana. The Plaintiff agree to sell her fragrances, skin care, clothing line, to Alexander Koranteng, the owner of the land in Ghana, and the Plaintiff's business partner.

The Defendants blocked the Plaintiff's communications, stole her children from her, and fraudulently adopted the Plaintiff's children, , whom the Defendants stole from their mother, Plaintiff Darlene, to get control of their billions of dollars and trillions of dollars in wealth, collectively.

The Defendants used the Plaintiff's stolen children as their pawns, and stole the many billion dollar projects the Plaintiff created for herself, for her children and for her biological family of origin.

Each of Plaintiff's Darlene Cortez's children have billions of dollars connected to them. The Plaintiff created several billion dollar projects, and each child has a royal princes, or crown princes of Saudi Arabia, whose lineage extends to Kuwait and Lebanon, as their wealthy fathers.

Collectively, the children of Plaintiff Darlene Cortez, have a trillion dollars connected to them. The Plaintiff created many billion dollar projects, and each father has billions of dollars in projects, creating over a trillion dollars collectively in wealth and projects.

Louwa Alfaisal, Louloua AlSabah, Isis AlSabah, Sara Almalik, Fada Alfala, conspired together, and plotted and stole the Plaintiff's born and unborn children for their trillion dollars in estate wealth, and projects, companies, charities, investments, trade, sales, and more.

Louwa Alfaisal, Louloua AlSabah, Isis Alsabah, Sara Almalik, and Fada Alfala, conspired against each father, and forced the Plaintiff's children to be born out of wedlock, and stolen from their mother, Plaintiff Darlene Cortez, for their money.

Louwa Alfaisal, and her group listed above, conspired with government officals, and corrupt persons, and formed a conspiracy based in the US and secured globally, as the defendants conspired with members of the Kennedy Family, Robert Kennedy, Joseph Kennedy, Chris Kennedy, Kathleen Kennedy Townsend, Patrick Kennedy, Maria Shriver, Arnold Schwarzenegger, Gov. Cuomo, and stole the Plaintiff's children from her, and used them as their sources of huge wealth and power.

The Defendants stole the Plaintiff's children and stole all of the money the Plaintiff created for herself, and her children and family, and used a portion of the money to buy elections for Patrick Kennedy to be a Representative from Rode Island. The Defendants stole the Plaintiff's money and bought the election for Arnold Schwarzenneger to become the Governor of California. The Defendants bought the elections for governor of California, following Schwarzenneger, for Jerry Brown., and they bought the

governorship in Florida for Rick Scott, the family member to Jane Scott, who conspired against the Plaintiff and stole her children and her billion dollar projects from the Plaintiff. The Defendants bought the governorship for Andrew Cuomo, the ex-husband of Kerry Kennedy. The Defendants bought the governorship for the governors of Maine, VT, Connecticut, Rhode Island, Patrick Kennedy, NY, Gov. Cuomo, PA, Gov Corbett, NJ, Gov. Christies, Florida, Gov. Scott, California, Gov, Schwarzenegger, and then Gov, Brown. The Defendants continued to conspire and bought governorships in NC, SC, Tennessee, Georgia, Virginia, ND, SD, Oregon, ND, SD, and they went to Utah and bought the govenorship in Utah for their Morman governor. and they kept going, until they bought most of the positions of governor for their cronies and co-conspirators, who agreed with them to keep the Plaintiff's children stolen from their mother, Plaintiff Darlene Cortez, in a huge web of deceit, as they conspired and stole the Plaintiff's children for the billions of dollars and collectively, one trillion dollars, as they conspired to take control of the US with the money they stole from the Plaintiff and her children, and they conspired to take over the House and Senate, and local governments of mayors, attorney generals, police, state police. The Defendants conspired and stole the Plaintiff's children and bought elections across the country, and around the world, as they conspired to rule the world with corruption, thievery and crimes, manipulations, with their select groups.

Louwa AlFaisal, Louloua Alsabah, Sara Almalik, conspired with Fada AlFala, and stole my billion dollar, ten mile teak forestry and school project in Ghana. I created an import-export trade project with Alexander Koranteng. I created my fashion house, Natural Beauty. I worked with Laura and her son from Foot and Jenks, and Dwane and his family and created two fragrances for global export and for domestic sales. I created websites for on line sales. I created 12 fragrances with Foote + Jenks with exclusivity + contract.
I worked with Alexander Koranteng, and we began the process of incorporating our company, Korancort in Ghana. I sent money, for the incorporation, but it was never received, as persons here were blocking me in the US. Mr. Koranteng and I planned to export my fragrances, skin care, and clothing to Ghana. From the sales of the products in Ghana, and from the exports to Ghana, the money was to be used to open a goldmine in Ghana, with Mr. Koranteng and his family as my partners at Korancort. From the profits of more exports of my fragrances, skin care and clothing lines, and from the profits of my goldmine, we planned to build a school in Ghana, pave roads, bring in more water, and electricity to his village.

FACTS:

I partnered with Peter Pyrce, and Mr. Amofo from Ghana, We began the steps of incorating our company, Global Posterity ADP in Philadelphia, PA. This project was to be be a ten mil teak proect, wth a forestry school for students. There was to be the planting of teak for ten miles, and the exporting of teak after ten and twenty years. This project was created to be a billion dollar project.

I met with Mr. Kotey, and with other members of the Ambassadors office, and Trade Department at the Ghana Embassy in Washington, DC. I sought their assistance in helping to create this project. I met with persons at US Aid in Washington DC, and I phoned members of USAID directly in Ghana and discussed my projects.

Louwa alFaisal and her group, consisting of Sara Almalik, Loloua alSabah, Isis AlSabah, Maria Shriver, Arnold Schwarzenegger, Caroline Kennedy, Edwin Schlossberg, Joseph Kennedy, Christopher Kennedy, Kathleen Kennedy Townsend, and many more members of the Kennedy family, conspired against me, and brought in government officals, and their cronies who once served in the CIA, and friends, and conspired against me, and stole this project and all of my projects from me. They directed me to take my project to the president of VIP, who was a pro-bono lawyer. She has a company called Just Listening, She conspired with her brother, Tim, who was a former government official. They brought into their group, former CIA Director, Brennan, Rick Gates, CIA, former Secret Service Director Clancy, Former FBI Director Robert Muller, Former Philadelphia FBI Directors Weiss and Lampinsky.


Louwa AlFaisal and her group, conspired with the Kennedy family, Rooney famiy, Popitti Family,

I had created a fashion house, Natural Beauty. I trademarked my perfume name, Darlene of Philadelphia, and planned to export my work to pay for my goldmine projects and teak farm

and school projects in Ghana. I worked with Laura and her son from Foote and Jenks. We created 12 fragrances for my company. I was given a signed contract from Michael giving me exclusive rights to all of the fragrances I created with Laura and her son.

I had worked on a perfume project with the late HRH King Abdullah of Saudi Arabia. I began the process of trademarking my perfume for HRH King Abdullah. Under my company, Natural Beauty, I filed a trademark for HRH King Abdulah His Royal Majesty. From the sales of this perfume, and from the sales of a book, I began to write about the successful reign of HRH King Abdullah, a school was to be built in the US. HRH King Abdullah died before the paperwork could be signed by him. This project was stolen from me by Fada Alfala, Louwa Alfaisal, Louloua alSabah, Sara Almalik, members of the Kennedy Family, Joseph Kennedy, Maria Shriver, Patrick Kennedy, Arnold Scharzeneger, an

I worked with Alexander Koranteg to export my gold, perfume, shea butter, cocoa, teak

anand I began to start along with import and export sales of teak, gold, cocoa,

Fada AlFala and her group, conspired with the Biden family, Kennedy family, Scott family, Roony family, and Popitti family, and stole my unborn children and born children to get control of the wealth each child/ and they used each of my children as pawns to stole the wealth of each father, and from me.

I had interned in Sen. Spector's office. I created a ten mile teak forestry, and school projects with my ptPeter Pryce and I submitted my projects to US Aid, and to Sen. Biden. I met with Jane Scott in Sen. Biden's DE office. Jane Scott, Rick Scott, conspired with Sen. Biden, and his sons, and with the Kennedy family, Rooney family, Popitti Family. These persons conspired with The Kennedy family


They used my children as pawns and stole every billn dl

I had met with members of the Ghana Embasssy, in the Ambassadors office, and in the Trade office. I had met the Peter Pryce, and Peter and I formed a company, Global Posterity Education, which was to build a ten mile teak farm with a school project. The project would plant teak and grow the teak over t

I created many billion dollar projects, and Biden and his family stole my billion dollar projects and wealth from me.

I had interned in Sen. Spector's office. I created ten mile teak forestry, and school projects. I submitted my projects to US Aid, and to Sen. Biden. I met with Jane Scott in Sen. Biden's DE office. Jane Scott, Rick Scott, conspired with Sen. Biden, and his sons, and with the Kennedy family, Rooney family, Popitti Family. These persons conspired with The Kennedy family

Defendants stole billions of dollars in companies, trade + wealth + real estate etc + projects + investments + laundered the money. My companies My started with The Carlyle group, CiTi Bank, Marriott Hotel group, IMF fund + Hilton group and more.

15

THE DEFENDANTS BLOCKED THE PLAITNIFF S COMMUNCIATIONS TO EACH FAHTER, AS THEY LIED TO EACH FATHER AND BLOKCED EACH FATHER FROM MEETING WITH THE PLAINTIFF, AS THEY BLOCKED THE PLAITNFIF FROM FINDING HER OWN CHILDREN WHOM THE DEFENDANTS STOLE FROM THE PLAINTIFF FOR HUGE FINANCIAL AND ECONOMIC GAINS.

THE PLAINTIFF SEEKS RESORATION OF HER CHILDREN BORN AND UNBORN.

THE PLAINTIFF SEEKS ONE BILLION DOLLARS IN DAMAGES FROM THE DEFENDANTS FOR THEIR INVOLVEMENT IN BLOCKING THE PLAINTIF'F'S COMPUTER, AND BLOCKING HER COMMUNICATIONS, AS THE DEFENDANTS STOLE THE PLAINTIFF'S CHILDREN, AND USED THE PLAINTIFF'S STOLEN CHIDLREN AS PAWNS, AS THEY STOLE ALL OF THE WEALTH THE PLAINTIFF CREATED FOR HERSELF AND FOR HER CHLDREN AND FAMILY.

THE DEFENDANTS STOLE ALL OF THE PLAINTIFF'S WEALTH, THEY STOLEL ALL OF THE BILLION DOLLAR PROJECTS THE PLAINTIFF CREATRED AND BROUGHT TO SUCCESS, AND THEY STOLE ALL OF THE BILLSIONS OF DOLLARS IN WEALTH EACH FATHER HAD FOR THE PLAINTIFF AND FOR HIS CHILDREN WITH HER.

THE DEFENDANTS LIED TO EACH FATHER, AND BLOCKED THEIR COMMUNICATIONS WITH THE PLAINTIFF, AND THEY BLOKCED THE PLAINTIFF'S COMMUNICAITONS WITH EACH OF HER CHILDREN, AS THEY BLOCKED THE PLAINTIFF FROM HAVING ANY COMMUNICATIONS WITH EACH FATHER, OR WITH ANY OF HER STOLEN CHILDREN, BECAUSE THE DEFENDANTS STOLE THE PLAITNIFF'S CHILDREN AND THEY STOLE THE PLAINTIFF'S BILLLIONS OF DOLLARS IN WEALTH, AND THEY WANTED TO GET AWAY WITH STEALING THE PLAINTIFF'S CHJILDREN, AND STEALING THE PLAINTIFF'S WEALTH , AND STEALING ALL OF THE WEALTH EACH FATHER HAD FOR THE PLAINTIFF AND FOR HIS CHILDREN WITH HER.

THE DEFENDANTS CONTINUALY BLOCKED THE PLAINTIFF'S COMMUNCATIONS TO STEAL HER CHILDREN AND HER WEALTH FROM HER. THEY BLOCKEDT CIVIL RIGHTS OF THE PLAINTIFF HAVE THE FREEDOM OF SPEECH OF THE FIRST AMENDING AS THEY VIOLATED HER CIVIL RIGHTS, CAUSING THE PLAINTIFF SEVERE EMTIONAL LOSSS, FINANCIAL LOSS, FAMILY LOSS, BUSINESS LOSS, ECONOMIC LOSS, PERSONAL LOSS, REPUTATION LOSS, HEALTH LOSS, AND LIFE LOSS.

THE DEFENDANTS CONSPIR CONTINIALLY AGAINST THE PLAINTIFF AS THEY PLOT TO FORCE HER DEATH, AS THEY WANT TO GET AWAY WITH STEALNG THE PLAINTIFF'CHILDREN AND ALL OF HHER WELATH FOR THEMSELVES.

WHEREFORE: THE PLAINTIFF SEEKS FROM EACH DEFEENDANT, ONE BILLION DOLLARS PER CHILD STOLEN FROM THE PLAINTIFF, THE REAL MOTHER, BY THE DEFENDANTS FOR HUGE FINANCAL WEALHT AND HUGE ECONOMIC GAINS.

THE PLAINTIFF SEEKS FINANCIAL RESTITUION FROM THE DEFENDANTS FOR THE THEFTS OF HER GOLDMINE DEAL IN GHANA.

THE PLAINTIF SEEKS ONE BILLION DOLLARS, PER MINE IN DAMAGES, , FROM THE DEFENDANTS FOR THE THEFST OF HER MINES IN THE US, AND THE PLAINTIFF' SEEKS ONE BILLON DOLLARS IN DAMAGES FOR EACH MINE STOLEN FROM THE PLAINTIFF BY THE DEFENANDANTS IN THE US, AND GLOBALLY.

THE PLAINTIFF SEEKS ONE BILLION DOLARS IN DAMAGES, FROM THE DEFENDANTS, FROM THE DEFENDANTS FROM THE THEFTS OF HER FASHION HOUSE, DOMESTICA SALES AND INTERATIONAL TRADE.
*INTERNATIONAL*

THE PLAINTIFF SEEKS ONE BILLION DOLLARS, IN DAMAGES, FROM DEFENDANTS, FOR THE LOSS OF HER INTERNATIONAL TRADE FOR HER FASHION HOUSE.

THE PLAITNIFF SEEKS ONE BILLION DOLLARS, IN DAMAGES, FROM THE DEFENDANTS, FOR THE THEFTS OF OIL, SHALE OIL, AND GAS STOLEN FROM THE PLAINTIFF BY DEFENDANTS.

THE PLAINTIFF SEEKS ONE BILLION DOLLAR IN DAMAGES,, FROM THE DEFANDANTS FOR THE THEFTS OF THE PLAINTIFF'S CASTLE PROJECTS.

THE PLAINTIFF SEEKS ONE BILLION DOLLARS IN DAMAGES, FROM THE DEFANDANTS FOR THE THEFTS OF THE PLAINTIFF'S REAL ESTATE IN THE U.S.

**THE DFENDANTS BLOCKED AND CONTROLLED THE PLAINTIFF'S COMMUNICAITONS AND PREVENTED HER FROM COMMUNICATING WITH THE FATHERS OF HER CHILDREN, AND THE DFENEDANTS BLOCKED THE COMMUNICATIONS FROM THE PLAINTIFF TO HER CHIDLREN, AND FROM HER CHILDREN TO THEIR MOTHER, PLAINTIFF DARLENE CORTEZ, AS THE DEFENDANTS STOLE THE PLAINTIFF'S CHILDREN, BORN AND UNBORN, FOR BILLIONS OF DOLLARS IN WEALTH, AND FOR POLITICAL POWER, AND HUGE ECONOMIC GAINS. THEY BLOCKED AND CONTROLLED THE PLAINTIFF'S COMMUNICATIONS AS THEY PREVENTED HER FROM COMMUNICATING WITH ANY OF THE FATHER'S OF HER CHILDREN, AND THEY BLOCKED THE PLAINTIFF FROM COMMUNICATING WITH HER CHILDREN. THEY BLOCKED THE PLAINTIFF FROM HAVING ACCESS TO HER PROJECTS AND WEALTH, AS THE DEFENDANTS STOLE THE PLAINTIFF'S PROJECTS FOR THE BILLIONS OF DOLLARS THE PLAINTIFF CREATED THEM TO BE.**

**THE PLAINTIFF SEEKS RESTORATION OF HER CHILDREN, BORN AND UNBORN. THE PLAINTIFF SEEKS RESTORATION OF THE BILLIONS OF DOLLARS IN WEALTH OF HER PROJECTS SHE CREATED AND BROUGHT FORTH TO BILLIONS OF DOLLARS IN FINANCIAL SUCCESS, AND HUGE ECONOMIC GAINS, AND POLITICAL AND BUSINESS POWER, AND STRENGTH.**

Wherefore Plaintiff seeks restoration of her children born unborn.

Plaintiff seeks financial restoration for the theft of her jewelry, mines, real projects, real estate, book manuscripts, fashion house, perfume, skin care, shoes, clothes, sheets, bedding, fur throws, accessories, jewelry, handbags, oil, shale oil, gas, energy projects, real estate, castles, land, real estate developments, international trade.

Plaintiff seeks financial restoration for more than ten billion dollars plus return of all mines, land, real estate, development projects, international trade, manuscripts, perfume, jewelry, shoes & more.

Plaintiff wants all defendants to respond to her knowledge of the where abouts of Plaintiff's stolen children & knowledge of all projects. Respectfully submitted Darlene Cortez 5-31-19

17